IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LORI BORDOCK   PLAINTIFF

v.   No. 4:06CV00287 JLH

CORNERSTONE KITCHEN   DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice for lack of venue.

IT IS SO ORDERED this 5th day of June, 2006.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE